# Exhibit 3



Kate Brown, Governor



Department of Environmental Quality
Human Resources
700 NE Multnomah Street, Suite 600
Portland, OR 97232

FAX

TTY 711

9/19/18

Danielle Johnson

Portland, OR 97213

Dear Danielle,

Welcome to the Oregon Department of Environmental Quality. We are pleased you have chosen this opportunity with DEQ to further your career. The conditions of this offer are as follows:

| | |
|---|---|
| Start date | October 15, 2018 |
| Classification | Procurement & Contract Specialist 3 |
| Position Number | |
| Full or part time | Full time |
| Work location | Portland, Oregon-Headquarters |
| Position status | Regular Permanent |
| Manager and Contact info | Bruce Gilles |
| Monthly salary | |
| Salary range and step | Range-29, Step 7 |
| Trial service end date | April 14, 2019 |
| Date eligible to use accrued vacation leave and personal business leave | May 1, 2019 |
| FLSA status | Exempt |
| Service category | Management service |

You will be required to complete an Employment Verification (Form I-9) to document your eligibility to work in the United States. Instructions and a list of acceptable documents may be found at https://www.uscis.gov/i-9-central/acceptable-documents. You will need to bring one document from List A; **OR** one from List B and one from List C, on your first day of work.

Additionally, attached is a list of helpful links that will assist you in finding out more about your future health care benefits, optional benefits and retirement plan info.

Please sign and date in the box below indicating your acceptance of this position as presented in this offer, and return this letter to your manager. We look forward to working with you. If you have any questions, please do not hesitate to contact us.

## Helpful Links and Information for New Employees

- If you need to replace your social security card, please go to https://www.ssa.gov/ssnumber/

- Public Employees Retirement System (PERS)
    - http://www.oregon.gov/pers/MEM/Pages/OPSRP-Overview.aspx
    - http://www.oregon.gov/pers/MEM/Pages/Eligibility-to-Retire-OPSRP.aspx
    - http://www.oregon.gov/pers/MEM/Pages/Benefit-Component-Comparisons.aspx

- Public Employees Benefit Board (PEBB)
    - http://www.oregon.gov/oha/pebb/Pages/NewHireResources.aspx
    - Your health care benefits will begin the on the first of the month following your enrollment. If you have questions about our health care plan, please call Human Resources at 503/229-5084.

Sincerely,

*[signature]*

Lydia Emer
Land Quality Administrator
Oregon Department of Environmental Quality

Cc: Human Resources

---

I accept the terms and conditions of this position as outlined and offered above.

Signature: *[signature]*

Date: 9/21/18