**Revised – 6/7/19** *(reformatted 08/26/2020)*



State of Oregon
**Department of
Environmental
Quality**

Richard Whitman, Director
700 NE Multnomah Street, Suite 600
Portland, Oregon 97232-4100

# Affirmative Action Plan
July 1, 2019-June 30, 2021

# Table of Contents

Table of Contents .................................................................................................................... 2

Description of the Department of Environmental Quality ........................................................ 4
    A.   Mission and Objectives ................................................................................................ 4
    B.   Agency Director .......................................................................................................... 5
    C.   Policy Advisor to the Governor .................................................................................. 5
    D.   Affirmative Action Representatives ............................................................................ 5
    E.   Not Applicable ............................................................................................................ 5
    F.   Organizational Chart .................................................................................................. 5

II. Affirmative Action Plan ...................................................................................................... 7
    A.   DEQ Affirmative Action Policy Statement ................................................................. 7
    B.   Diversity and Inclusion Statement ............................................................................. 7
    C.   Employment ................................................................................................................ 8
        i.   Hiring .................................................................................................................. 8
        ii.   Retention ........................................................................................................... 10
        iii.  Promotion ......................................................................................................... 10
        iv.  Succession planning .......................................................................................... 10
    D.   Training, Education and Development Plan (TEDP) .................................................. 11
        a.   Training Overview ............................................................................................. 11
        b.   Employees ......................................................................................................... 11
        c.   Volunteers ........................................................................................................ 12
        d.   Contractors and Vendors .................................................................................. 13
    E.   Leadership Development/Training .............................................................................. 13
        a.   EEO Data .......................................................................................................... 13
        b.   Results .............................................................................................................. 13
    F.   Programs .................................................................................................................... 13
        a.   Internship Program ........................................................................................... 14
        b.   Mentorship Program ......................................................................................... 14
        c.   Diversity Awareness Programs ......................................................................... 14
    G.   Community Engagement ............................................................................................ 16
    H.   Executive Order 17-11 Updates ................................................................................. 16
        a.   Respectful Leadership Training (Diversity, Equity & Inclusion), and Sexual Harassment ...................... 16
        b.   Statewide Exit Interview Survey ...................................................................... 16
        c.   Performance Evaluations of all Management Personnel .................................... 17
    I.   Status of Contracts to Minority Owned Businesses (ORS 659A.015) ........................ 17

III. Roles for Implementation of Affirmative Action Plan ...................................................... 17
    A.   Responsibilities and Accountability ........................................................................... 18
        a.   The Director ...................................................................................................... 18
        c.   Managers and Supervisors ................................................................................ 18
        d.   Human Resources Manager ............................................................................... 19
        e.   Affirmative Action Representatives .................................................................. 19

IV. July 1, 2017 – June 30, 2019 ............................................................................................ 20
    A.   Accomplishments in goals and attainments/progress from 2017 -- 2019 biennium's Affirmative Action Plan   20
    B.   Progress Made or Lost Since 2017 -- 2019 Biennium ................................................. 24

V. July 1, 2019 – June 30, 2021 ............................................................................................ 24
    A.   Goals for Agency Affirmative Action Plan ................................................................ 24
    B.   Strategies and Timelines for Achieving Agency Goals ............................................... 24

VI. Appendix A – State Policy Documentation ...................................................................... 26
    A.   ADA and Reasonable Accommodation Policy (Statewide Policy 50.020.10) ............. 26

B.    Discrimination and Harassment Free Workplace - (Statewide Policy 50.010.01) ...................................... 26

C.    Employee Development and Implementation of Oregon Benchmarks for Workforce Development (Statewide Policy 50.045.01) ............................................................................................................................. 26

D.    Veterans Preference in Employment (105-040-0015)....................................................................... 26

E.    Equal Opportunity and Affirmative Action Rule (105-040-0001) .................................................. 26

F.   Executive Order 17-11 ......................................................................................................................... 26

VII. Appendix B – Federal Documentation .......................................................................................... 27

A.    Age Discrimination in Employment Act of 1967 (ADEA)............................................................ 28

B.    Disability Discrimination Title I of the Americans with Disability Act of 1990 ........................ 28

C.    Equal Pay and Compensation Discrimination Equal Pay Act of 1963, and Title VII of the Civil Rights Act of 1964 ...................................................................................................................................... 28

D.    Genetic Information Discrimination Title II of the Genetic Information Nondiscrimination Act of 2008 (GINA) ..................................................................................................................................................... 28

E.    National Origin Discrimination Title VII of the Civil Rights Act of 1964 ................................... 28

F.    Pregnancy Discrimination Title VII of the Civil Rights Act of 1964 ........................................... 28

G.    Race/Color Discrimination Title VII of the Civil Rights Act of 1964 ......................................... 28

H.    Religious Discrimination Title VII of the Civil Rights Act of 1964 ............................................. 28

I.    Retaliation Title VII of the Civil Agency Affirmative Action Policy............................................. 28

J.    Sex-Based Discrimination Title VII of the Civil Rights Act of 1964 ........................................... 28

K.    Sexual Harassment Title VII of the Civil Rights Act of 1964...................................................... 28

IX. APPENDIX C – Agency Documentation in Support of the DEQ Affirmative Action Plan ............ 29

A.    Education and Training Policy:........................................................................................................ 30

B.    DEQ Strategic Goals:....................................................................................................................... 27

C.    DEQ Tribal Relations Policy ........................................................................................................... 38

D.    DEQ Environmental Justice Policy ................................................................................................. 41

IX. APPENDIX D – Additional Federal documentation (if applicable)................................................. 44

# Description of the Department of Environmental Quality

## A. Mission and Objectives

The Oregon Department of Environmental Quality's (DEQ) mission is to be a leader in restoring, maintaining and enhancing the quality of Oregon's air, land and water.

DEQ works collaboratively with Oregonians for a healthy, sustainable environment, accomplishing its mission through a variety of activities including permitting, inspections, spill response, and by minimizing individual impacts on the environment.

In 2015, DEQ adopted five strategic goals (see Appendix C) to guide the agency's actions to ensure that overall quality of life, from human health to the state's economy, is supported by a healthy and productive environment.  In 2017 the leadership team reaffirmed the strategic goals.  The leadership team will be developing new strategic goals in 2019.  The current goals include:

- Efficiently and responsibly meet environmental standards and emerging needs
- Sustain a diverse, outcome-oriented workforce and culture
- Provide easy access to information and services
- Maintain informed and engaged relationships with tribes and Oregon's communities
- Sustain strong, effective internal business practices

The DEQ leadership team charter's principles, beliefs and covenants state:

- We will create, model, and sustain a work environment that values diversity/inclusion in decision-making and service delivery.
- We will set clear guidelines for expected behavior and clear methods for reporting inappropriate behavior.
- We will utilize diversity within the workforce by incorporating diverse perspectives into business and service delivery decisions.
- We will strive for equal protection from environmental and health hazards, and ensure meaningful participation in decisions that affect the environment in which people live, work practice spirituality and play.

The Environmental Quality Commission, DEQ's policy and rule-making body, is a five-member citizen panel appointed by the governor to adopt rules, establish policy, issue orders, judge appeals of fines or other agency actions, and appoint the agency's director. Commissioners serve four-year terms, and are eligible for reappointment to serve no more than two consecutive terms.

DEQ staff use a combination of technical assistance, inspections, enforcement, and permitting to help public and private facilities and citizens understand and comply with state and federal environmental regulations.

DEQ staff consists of environmental specialists, scientists, engineers, technicians, inspectors, program and policy staff, and operations support staff. The agency has offices throughout the state, in cities including Bend, Coos Bay, Eugene, Klamath Falls, La Grande, Medford, Pendleton, Portland, Salem, The Dalles, and Tillamook. DEQ also operates a laboratory in Hillsboro and vehicle inspection stations in Clackamas, Jackson, Multnomah, and Washington Counties.

In addition to local programs, the US Environmental Protection Agency has delegated authority to DEQ to operate federal environmental programs. This includes the federal Clean Air and Clean Water Acts

and the Resource Conservation and Recovery Act, which covers waste management and underground storage tank programs. DEQ also implements state programs including recycling, groundwater protection, air toxics, emergency response, and environmental cleanup activities.

DEQ relies on several advisory committees of citizens and government officials to help guide its decision-making.

DEQ's director has the authority to issue civil penalties (fines) for violation of pollution laws and standards.

### B. Agency Director
**Richard Whitman, Director**
Department of Environmental Quality
700 NE Multnomah Street, Suite 600
Portland, Oregon 97232-4100
███████████

### C. Policy Advisor to the Governor
**Jason Miner, Natural Resources Policy Director** Governor's Natural Resources Office
State Capitol Building
900 Court Street NE, Suite 254
Salem, Oregon 97310
███████████; FAX: ███████████

### D. Affirmative Action Representatives
**Sue Korn, Human Resources Manager**
Department of Environmental Quality
700 NE Multnomah Street, Suite 600
Portland, Oregon 97232-4100
███████████

**Carrie Adams, Human Resources Analyst**
Department of Environmental Quality
700 NE Multnomah Street, Suite 600
Portland, Oregon 97232-4100
███████████

### E. Not Applicable

### F. Organizational Chart



DEQ Organizational Chart

Last updated: September 13, 2018

**Governor** — Kate Brown

**Environmental Quality Commission**

**Director** — Richard Whitman

**Deputy Director** — Leah Feldon

**Compliance and Enforcement** — Kieran O'Donnell

**Regional Implementation** — Lauri Aunan

**Policy & External Relations** — Nancy Bennett

**Central Services** — Scott Brewen

**Air Quality** — Ali Mirzakhalili
**Land Quality** — Lydia Emer
**Water Quality** — Justin Green
**Laboratory** — Brian Boling
**Eastern Region** — Linda Hayes-Gorman
**Northwest Region** — Nina Deconcini
**Western Region** — Keith Anderson

**Communications** — Donnie Oliveira
**Legislative** — Annalisa Grunwald

**Information Services** — Travis Luckey

Vehicle Inspection Program — vacant
Materials Management — Loretta Pickerell, Shannon Davis
Deputy WQ Administrator — Jennifer Wigal
Water Quality Monitoring — Aaron Borisenko
Air Quality — Mark Bailey
Air Quality — Matt Hoffman
Air Quality — Claudia Davis

SDI — Cesar Villaca

Planning — Michael Orman
Cleanup and Emergency Response — Bruce Gilles
Watershed Management — Gene Foster
Air Quality Monitoring — Tom Roick
Cleanup & Site Assessment — Keith Johnson
Cleanup — Mike Kucinski

Financial Services — Mark Brown

IT — Adam Shelton

Cleanup & Spills — David Anderson

Technical Services — Jeffrey Stocum
Hazardous Waste and Tanks — David Livengood
Water Quality Permitting — Ron Doughten
Organic Chemistry — Ned Fairchild
Hazardous & Solid Wastes/Tanks — vacant
Environmental Partnerships — Audrey O'Brien
Hazardous & Solid Waste — Brian Fuller

Rulemaking — Meyer Goldstein

Human Resources — Sue Kom

HOT & UST — Mike Kortenhof

Program Operations — Jaclyn Palermo
Community and Program Assistance — Anita Yap
Water Quality Permitting — Ron Doughten
Inorganic Chemistry — Zach Mandera
Water Quality 1 — Eric Nigg
WQ Source Control — Tiffany Yelton-Bram
Water Quality Point Source — Ranei Nomura

Title VI/ Environmental Justice — Stephanie Caldera

Health and Safety — Todd Brown

Cleaner Air Oregon — Keith Johnson
Standards and Assessment — vacant
Resource Assessment & Tech Support — Lori Pillsbury
Water Quality 2 — Don Butcher
Watersheds/401 — Steve Mrazik
Regional Environmental Solutions — Dave Belyea

Outcome-Based Management — Sue Langston

Training — Patty Hahn

Cleanup & LUST — Kevin Parrett
Watershed and Stormwater — Zach Loboy

Policy and Public Records — Melissa Aeme

Stormwater & UIC — Christine Svetkovich

Michele Thompson

# II. Affirmative Action Plan

## A. DEQ Affirmative Action Policy Statement
## B. Diversity and Inclusion Statement

The Department of Environmental Quality is committed to a policy and practice of Equal Employment Opportunity, from recruitment through the end of the employment relationship, DEQ respects its applicants and employees and does not discriminate based on race, religion, national origin, age, gender, sexual orientation, marital status, disability, or veteran's status.

DEQ is committed to continued enforcement of the agency's 2015 strategic goals (see Appendix C) which promote affirmative action by:  sustaining a diverse, outcome-oriented workforce and culture; developing an engaged, energized and diverse workforce; adopting a culture of strategic thinking and continuous improvement; maintaining informed and engaged relationships with tribes and Oregon's communities; and proactively engaging with people and communities where they live, work, and play.

DEQ is committed to Oregon's public policy that "all branches of State government shall be leaders" in the area of affirmative action.[1] DEQ managers are responsible for the success of affirmative action programs within the agency and actively support recruitment and career development programs to achieve these goals. DEQ will use managers' compliance and commitment to affirmative action and diversity principles as one aspect upon which to assess their performance. Support for diversity and non-discrimination is contained in the position descriptions of all the agency's managers.  In the upcoming year, DEQ anticipates using the performance management templates in Workday to comply with Executive Order #17-11 that requires managers to be accountable for their effectiveness in achieving affirmative action objectives as a key consideration of their performance.

DEQ expects each employee to promote a work climate reflecting respect, care and concern for every individual and to welcome employees who bring diversity into the workplace. Only by embracing the variety of cultures embodied by Oregon's citizens can DEQ provide the best possible service to those citizens and to the state of Oregon. DEQ continues to strive to improve the lives of those living within its borders, and will continue to improve as the agency moves forward.

DEQ believes diversity makes good business sense, The Affirmative Action Plan identifies goals that will help develop and maintain a workforce that reflects Oregon's demographics, encourages career development and employee advancement, and provides employees with the tools necessary to serve a more diverse customer base. DEQ will not knowingly conduct business with any bidder, contractor, subcontractor, or supplier of materials who discriminates against members of any protected class.

DEQ's Affirmative Action Plan is posted on the agency's internal and external websites and upon request in the Human Resources office, the Office of the Director and from each division administrator. The link to the plan will also be posted on bulletin boards at all DEQ work locations.

DEQ will promptly investigate discrimination or harassment complaints and will address such concerns through the agency's disciplinary process, performance management system and training.
Individuals who believe they have experienced discrimination at DEQ may file a complaint with DEQ's director, human resources manager, the state's Chief Human Resources Office, or the Bureau of Labor and Industries.  All complaints will be investigated by the appropriate manager and/or human resources representative, and corrective action will be taken when appropriate. An individual with a complaint

---

[1]  Oregon Revised Statutes 243.305

against the agency director may file a complaint with the Governor's Office of Diversity and Inclusion at:

> Governor's Office of Diversity & Inclusion/Affirmative Action
> 255 Capitol Street NE, Suite 254
> Salem, OR 97301
> Tel: ████████

## C. Employment

**a. DEQ implements equity in the following areas:**

### i.      Hiring

Historically, the natural resources field has been predominantly white.  A 2014 Harvard study found that environmental organizations are closing the gap in the percentage of women in the natural resources workforce but racial diversity lags far behind gender diversity.  The study also found that environmental organizations recruit new employees in ways that introduce unconscious biases and facilitate the replication of the current workforce.  There are numerous reasons that the natural resources field lacks racial diversity and one of them is the lack of diversity amongst college graduates.  According to the US Department of Education, in 2015/2016, 79% of the students receiving a bachelor's degree in natural resources in US postsecondary institutions were white students.

During the 2017-2019 biennium, DEQ stepped up efforts to increase the recruitment of underrepresented groups.  The Agency has made some gains but the Agency's workforce demographics reflect the statistical averages noted in the Harvard study.  Some of the strategies DEQ uses to improve the recruitment and selection process include; panel interviews so that selection decisions would be panel consensus; implicit bias, veteran's preference and pay equity training; and improvement in the internship and volunteer process. DEQ also increased the number of recruitment tools available for use by hiring managers.

This past year, DEQ Leadership Team with the support of the agency Labor Management Committee established a planning committee consisting of managers and non-managers to explore and coordinate diversity, equity and inclusion activities, communication, training and events to improve diversity awareness within the agency.

In general, diversity at DEQ has improved over time, but new strategies must be conceived and new actions must be undertaken to make the workplace more inclusive and welcoming to a broader range of people.  DEQ efforts show slight improvements in the percentage of women, people of color, people with disabilities, employees over age 40 and veterans employed by DEQ.  The greatest gain was a 1.4% increase in the percentage of veterans employed by DEQ.

Women: The overall percentage of women working at DEQ increased from 41.2% to 41.8% between 2016 and 2018.  Currently 50% of the DEQ Leadership team are women.

People of Color: The percentage of people of color at DEQ increased from 11% in 2016 to 12.2% in 2018.  This is significantly below the 20.5% of people of color in the Multnomah County workforce.

People with Disabilities: The percentage of people with disabilities working at DEQ increased from 1.57% to 2.19% during this biennium.  This does not include the temporary employees assigned to DEQ through the GALT Foundation.  Between July 1, 2016 and June 30, 2017, DEQ had 29 GALT temps working at DEQ.

Veterans: This is a demographic that DEQ focused on in 2017/2018 due to changes in how the state applies Veteran's preference points.  Veterans make up about 6.1% of the DEQ workforce; the national average is 8%.  DEQ increased the percentage of Veterans in the workforce by 1.4% during the 2017-209 biennium.

For the first time in recent years, DEQ conducted an analysis between DEQ candidate pools and DEQ hires.  For women, Veterans and people with disabilities, the candidate pools were comparable to the new hires.  DEQ has not done as well with people of color.

| | % of Applicant Pool June 2016 to June 2017 | % of New Hires June 2016 to June 2017 | % of Difference Between Applicant Pool and New Hires | % of Applicant Pool June 2017 to June 2018 | % of New Hires June 2017to June 2018 | % of Difference Between Applicant Pool and New Hires |
|---|---|---|---|---|---|---|
| Female | 46 | 43.7 | -2.3 | 45 | 48.2 | 3.2 |
| Male | 51 | 56.2 | 5.2 | 50 | 51.8 | 1.8 |
| Declined to Answer | 3 | 0 | -3 | 3 | 0 | |
| Unknown | 0 | N/A | N/A | 2 | N/A | N/A |
| **Total** | **100** | **99.9** | **N/A** | **100** | **100** | **N/A** |
| American Indian or Alaskan Native | 1 | 1.5 | .5 | 2 | 0 | -2 |
| Asian | 8 | 3.12 | -4.88 | 7 | 7.8 | .8 |
| Black or African American | 4 | 1.5 | -2.5 | 3 | .8 | -2.2 |
| Decline to Answer | 6 | 17.18 | 11.18 | 7 | 24.6 | 17.6 |
| Hispanic or Latino | 5 | 1.5 | -3.5 | 6 | 1.75 | -4.25 |
| Hispanic/Asian | <1 | 0 | -<1 | <1 | 0 | -<1 |
| Native-Hawaiian or Other Pacific Islander | 1 | 0 | -1 | 1 | 0 | -1 |
| Two or More Races | 5 | 6.25 | 1.25 | 5 | 4.4 | -.6 |
| White | 70 | 69 | -1 | 69 | 60.5 | -9.5 |
| **Total** | **100** | **100** | **NA** | **100** | **99.9** | **N/A** |
| Veterans | **7.9** | **10.9** | **3** | **6.8** | **7** | **.2** |
| People with Disabilities | **0** | **1.5** | **1.5** | **1** | **8** | **7** |

DEQ has set the following goals to address the challenges the agency faces in increasing racial/ethnic diversity in the workforce:

- Increase recruitment and retention of all underrepresented categories
- Improve intern program
- Train all interview panelists on Implicit Bias
- Develop an agency-wide onboarding program to improve inclusion

### ii.    Retention

Employee engagement is an issue of concern for all employers. Engaged employees bring the benefits of enhanced productivity, higher morale and improved key business outcomes. Engaged employees are more likely to maintain an employment relationship with their current employer. Employee engagement is one of DEQ's outcome measures. Employee engagement is measured through a survey to provide feedback to an employee's direct manager and others in the agency regarding what affects their engagement in their work.

The entire agency has been through the employee engagement process twice since it began in 2015. The process consists of an initial survey and a 90-day follow up survey to determine employee satisfaction with their manager's actions in response to the initial survey.

**Numbers:** Comparing numbers from the initial survey to the 90-day check in:
- 2015 to 2017 DEQ's initial survey engagement was at **67%**
- DEQ engagement at the 90-day check in was **69.5%**
- **77%** of staff surveyed after 90-days were satisfied with the actions their manager's made in response to the initial survey

DEQ staff are invited to provide feedback on their manager's performance each year by completing an online survey. The survey gathers information on areas that acknowledge successes, identifies opportunities for growth and sets goals for the year ahead. The feedback provided in each survey is a valuable tool in evaluating and drafting managers' performance reviews. In 2018, seventy percent of DEQ staff completed the manager survey.

### iii.    Promotion

DEQ primarily promotes through the open competitive recruitment process in order to attract the most diverse applicant pools possible. Managers are encouraged, nevertheless, to consider internal applicants for promotional opportunities. Internal applicants who are unsuccessful in applying for promotion are routinely offered feedback regarding how to improve their performance. DEQ sends job announcements agency-wide via e-mail in order to ensure that current employees have equal access to job postings. In addition, DEQ expects the increased emphasis on and participation in mentoring programs by DEQ management to contribute to the success rate of those employees seeking promotion when opportunities present themselves.

Between July 1, 2016 and September 1, 2018, DEQ promoted 58 employees. Of these promotions, twenty-nine (50 percent) went to women. Four of the agency's 78 people of color were promoted.

### iv.    Succession planning

The office of the Secretary of State completed an audit of the DEQ Air Permit Program in late 2017. Recommendation 6 of the audit stated that DEQ: Work with the Chief Human Resources Office within the Department of Administrative Services (DAS) to begin the succession planning process. DEQ contacted DAS in December of 2017 to seek assistance with improving the succession planning process. In early 2018, DEQ met with DAS and ODOT on separate occasions to learn more

about their programs and determine next steps.  DAS anticipated releasing the initial succession tools through their website in February 2018, with the additional tools being available through Workday beginning in July 2018.  The DAS website went live as planned, however, due to unforeseen issues; the implementation of Workday was delayed until sometime after October, 2018.  DEQ is in the process of hiring a training and development specialist whose job description includes moving the DEQ succession plan forward in conjunction with the rollout of Workday.  A more formal mentorship program will begin in early 2019.

DEQ continues to support succession planning in a variety of ways.  DEQ is a strong supporter of the Leadership Oregon program, with the agency supporting one to two persons per year.  The agency support the Ascent leadership program and has authorized two staff to attend.  Additionally, DEQ sends new managers to the DAS management training.

DEQ encourages job rotations within the agency and to other state agencies and promotes these opportunities.  That agency has a career development program and tracks the number of people engaged in formal career development, including a pool of trained project managers.   DEQ also has a formal mentorship program and encourages developmental assignments into management positions.  For all employees, DEQ sets a minimum bar of 20 hours of training per year.

### b.  Effective methods

DEQ will need to develop measures to determine how our training, education and development policies are effective.  DEQ does not collect evaluations due to the variety of providers and delivery methods.

## D.  Training, Education and Development Plan (TEDP)

### a.  Training Overview

In accordance with the DEQ Education and Training Policy (see Appendix C,) DEQ will provide training, education and career development opportunities for all employees when possible. Examples of opportunities include job-related and career development training, participation in conferences and workshops, job rotations, mentorships, job shadowing, self-paced training (such as online training and study guides) and special assignments. DEQ announces job rotations and work out of class opportunities statewide to enable all staff to be considered.

### b.  Employees

Employees receive a formal performance evaluation annually that includes a training plan.  Managers are required to ensure that staff participate in a minimum of 20 hours of training annually.  The performance evaluation process provides a formal opportunity for employees to discuss with their managers advancement and to receive coaching regarding how best to accomplish their goal. In addition, training topics are discussed at quarterly check-ins between managers and staff.

Career development education is a program that offers all agency regular and limited duration employees an opportunity to prepare for their future.  Based on available funding, up to 75 employees agency wide may participate in the Career Development program at any given time. This past year, 80 employees participated in the Career Development program.  (See Appendix C.)

This employee-centric program allows participants to identify areas of interest, ranging from activities such as informational interviewing, mentorship, and degree completion. For employees who take classes or pursue certification, out-of-pocket costs not covered by grants or student loans are reimbursed (upon

successful completion) at the rate of 75% for individuals in salary range 19 and below and 50% for salary range 20 and above, up to $3500 per year, for up to three years.

DEQ's training and organizational development coordinator tracks employee training electronically through iLearn Oregon. Employees may add external training to complete a training transcript.

Career development education is available to employees without regard to race, color, religion, gender, national origin, age, veteran status, sexual orientation or mental or physical disability. During the first 20 months of the 2017-2019 biennium, 80 employees were enrolled in career development education and of those, 10 participated in the Education Tuition Reimbursement Plan with a total of $12,987.50 paid in reimbursements for taking course work. (Note: the reimbursement totals show funds actually expended; DEQ reimburses the employees after they receive a passing grade on their coursework. Therefore, 11 people are enrolled in credit courses, but only 7 have actually completed course work and submitted for reimbursement. The rest are in process. The remaining participants engaged in career development through job-shadowing, informational interviews, mentoring, job rotations, DEQ's project management pool and online courses paid for by DEQ and available to all staff. The participating employees consisted of:

| EEO Category | Number Participating in Career Development | Percentage Participating in Career Development | % at DEQ | % Statewide (2018) | Number Receiving Education Tuition Reimbursement | Percentage Receiving Education Tuition Reimbursement | % at DEQ | % Statewide |
|---|---|---|---|---|---|---|---|---|
| DEQ Employees | 80 | 12.5 | N/A | N/A | 10 | 1.5 | N/A | N/A |
| Women | 44 | 55 | 41.8 | 50.4 | 10 | 100 | 41.8 | 50.4 |
| People of Color | 14 | 18 | 12.2 | 12.9 | 3 | 30 | 12.2 | 12.9 |
| People with Disability | 0 | 0 | 2.19 | 14.6 | 0 | 0 | 2.19 | 14.6 |
| People Age 40 & Over | 40 | 50 | 81.8 | 49 | 4 | 40 | 81.8 | 49 |
| Veterans | 3 | 4 | 6.1 | 9.2 | 0 | 0 | 6.1 | 9.2 |

*Oregon demographic information based on US Census Bureau 2013-2017 American Community Survey*

### c. Volunteers

DEQ provides information related to volunteer opportunities within the agency by contacting local universities, colleges and other education and training programs to share information related to the agency's mission, vision and values. Volunteers are provided guidance by agency staff to assist with the performance or their assignments and to prepare them for additional potential responsibilities. This process includes a meeting between managers and volunteers during the training period to discuss education opportunities. Volunteers are generally in place six months or less.

Education and training is made available to volunteers without regard to race, color, religion, gender, national origin, age, marital status, sexual orientation, marital status, veteran status, or mental or physical disability. The affirmative action plan–including the affirmative action statement–is available to all volunteers on the agency intranet.

DEQ requests Affirmative Action related information from volunteers but providing the information is voluntary. Very few volunteers provide the information.

d.  **Contractors and Vendors**

DEQ requires all contractors and vendors to adhere to all relevant agency policies, including those governing affirmative action and equal opportunity. As with employees and volunteers, education and training are available to contractors and vendors, as appropriate, without regard to race, color, religion, gender, national origin, age, sexual orientation or mental or physical disability.

## E. Leadership Development/Training

a.  **EEO Data**

| EEO Category | # in Management | Percentage in Management | % at DEQ | % Statewide (2018) |
|---|---|---|---|---|
| Total # of DEQ Management | 63 | 10 | N/A | N/A |
| # of Women | 24 | 38 | 41.8 | 50.4 |
| # of People of Color | 5 | 7.9 | 12.2 | 12.9 |
| # of People with Disability | 0 | 0 | 2.19 | 14.6 |
| # of Veterans | 3 | 4.7 | 6.1 | 9.2 |

b.  **Results**

Leadership Oregon – The mission of Leadership Oregon is to support and enhance the professional and personal development of Oregon state managers through an interactive and practical curriculum that expands an awareness of self, state government and local communities while promoting excellence in public service.  DEQ nominates 2 managers in this program each year.

ASCENT Leadership training - is a comprehensive 9-month transformational leadership journey that builds purposeful, values-based, visionary, inspiring and authentic leaders by cultivating greater awareness and enhancing relationship skills. This program is open to non-supervisory staff at any level within Oregon State Government.  This year DEQ approved two non-supervisory employees to register for the program.

DEQ expects new managers to complete the Foundational Training course offered by CHRO within their first year as a manager.

Pay Equity and Veteran's Preference - During the winter of 2017, DEQ HR trained managers on Oregon's new pay equity law and changes on how to apply Veteran's preference points during the recruitment process.

Each year, all management employees meet for a conference to be informed about a variety of topics such as change in the organizational structure and new leadership, new programs, progress on long-term projects, how to improve managers' well-being, budget issues, labor contract training, and diversity, equity and inclusion topics.

## F. Programs

### a. Internship Program

DEQ's internship program is designed to meet the agency's goals by providing program managers with talented students or recent graduates who engage in research or perform analysis and contribute to the agency's infrastructure for a limited period, usually during the summer months. In return, the agency provides interns with useful experience by asking managers to assign interns meaningful work, place them on a team with which they can identify and be involved, and expose them to senior management on a regular basis. DEQ guidelines help interns identify their potential place in the agency and to see how their work contributes to accomplishing DEQ's goals.

In June 2017, DEQ revised the internal process required for a manager to obtain an intern. Previously, unpaid interns were identified by individual programs or managers and affirmative action data was not collected.  This revision allows more people of color and candidates from diverse backgrounds to apply for internships through a competitive selection process rather than being selected by a manager. Internships are now managed through Human Resources where data is collected.

Examples of internships at DEQ during the 2017-2019 biennium include:
- Intern participated on a team of environmental scientists applying mathematical, engineering knowledge and concepts to determine the amount of pollution being released by Oregon industries.
- Office of Compliance and Enforcement interns typically work their own enforcement cases under the supervision of an OCE team member and participate in the appeal process.  They may assist with reviewing permits and orders or rulemakings, respond to public records and other information requests from the media, legislature, and members of the public, consult regularly with field staff on enforcement questions, and liaise with law enforcement and other federal and state natural resource agencies.

During the 2019-2021 biennium, DEQ will continue to expand its internship program. Internships depend on the availability of educationally meaningful, agency-relevant work.

### b. Mentorship Program

One component of DEQ's career development program is mentorship. Employees receive their managers' approval to participate and are matched with mentors, for an ongoing relationship that typically lasts from six to twelve months.

Like the larger career development program, employees have a wide variety of interests and may choose to focus on hard or soft skills.

Once matched, the mentor and his or her learning partner meet one to two times each month to execute a mutually developed action plan. The mentorship relationship is confidential and equally benefits both partners. The mentor is able to impart subject matter knowledge and hone coaching skills, while the learning partner receives individualized attention and guidance in his or her identified areas of growth.

The agency benefits from mentoring partners through the knowledge transfer and interaction between the mentor and learning partner. Mentoring benefits the agency both long term, as one avenue to succession planning and in the short term, through the increase in employee engagement.

### c. Diversity Awareness Programs

Our belief is that it is not one position's responsibility to provide diversity awareness programs.  The leadership team, the labor management committee and a small planning group are engaged in improving diversity awareness programs within the agency.

i.    *Agency Diversity Council:*  Currently DEQ does not have an Agency-Wide Diversity Council.

ii.   Employee Resource Groups (ERGs)/Affinity Groups:  Currently DEQ does not have agency-sponsored affinity groups but anticipate groups will be created this plan year.

A DEQ manager leads an affinity group which is not directly affiliated with DEQ.  This group is called **"Diversify the Workforce"** which is open to attendance by DEQ employees of color and white allies. The group meets monthly for a brown bag lunch.  Participants support each other in job coaching, mentoring, sharing community news, and sharing best practices for equity strategic planning, hiring, retention, and promotion.

Several female DEQ managers and staff participate in the Women In Environment (WIE) organization. This organization is open to all female environmental professionals.  WIE's mission is to further professional development and opportunities for women in the environmental field through networking and educational events.  WIE fosters relationships, mutual respect, and diversity among environmental professionals through networking, education, and mentoring.

Diversity Presentations, Training, and/or Activities:

- In 2008, Senate Bill 420 became effective and called for Environmental Justice in Oregon by ensuring that all persons affected by decisions of natural resource agencies have a voice in those decisions.  DEQ adopted an Environmental Justice Policy in 1997 (See Appendix C) to guide the agency's work, including principles for making environmental equity inherent in the way DEQ does business.  "Environmental justice communities" include minority and low-income communities, tribal communities, and other communities traditionally underrepresented in public processes.  DEQ employees receive training to raise awareness about environmental justice issues and what each employee can do to help ensure environmental equity in DEQ's work.
- DEQ continues to be a sponsor of The Annual Northwest Public Employees Diversity Conference as well as the statewide diversity conference.  Since 2013, DEQ has increased its number of conference attendance slots from ten to 45 -- a commitment which DEQ continues in order to allow more agency staff and managers to attend this event.  All DEQ HR staff have participated in a diversity conference in the last two years.
- Targeted, one-on-one training and development sessions to address specific problems of which the agency becomes aware. These training sessions include topics such as maintaining a respectful workplace, conflict resolution, and effective communication.
- During the 2017-2019 biennium, DEQ staff have participated in numerous diversity, equity and inclusion trainings.  Examples of these trainings include the PGE Diversity Summit, Introduction to Intersectionality, The Role of Employee Feedback and How to Do It Right, Six Key Elements of Engaging Culture and Outreach to Disadvantaged Businesses.

Understanding diversity is important to many employees. DEQ makes affirmative efforts to increase appreciation for all cultural differences, and makes it clear to all employees–generally and specifically– that support for cultural diversity is a core value that DEQ expects management and staff to treat as such. To reinforce this idea, DEQ reinforces and upholds several statewide policies associated with diversity, maintaining a discrimination and harassment free workplace and reasonable accommodations policies.

## G. Community Engagement

As the state's environmental protection agency, DEQ coordinates with the nine federally-recognized tribal governments in Oregon on issues related to air quality, water quality and land quality. DEQ's work is linked to the work of tribal governments through natural resources, cultural resources and community and economic development programs.  In 2002, DEQ adopted a "Statement of Intent" to implement Executive Order 96-30 and the requirements of Senate Bill 770 (ORS 182.162-168), which direct state agencies to promote government-to-government relations with Oregon's tribal governments. In April, 2010, DEQ updated its Tribal Relations Policy (see Appendix C). The policy states that DEQ is committed to building and maintaining strong government-to-government relations with Oregon's nine federally-recognized tribes. DEQ consults and coordinates with tribal nations on air quality, water quality and land quality issues that affect tribal interests, resources or lands. DEQ builds positive relationships with tribal leaders, managers, staff and representatives to understand tribal interests, explore opportunities for greater partnership and collaboration, and address tribal interests as much as possible in DEQ actions. State-Tribal partnership increases our collective ability to protect and enhance Oregon's environment and people's health. DEQ implements the policy through regular meetings with tribal representatives at the staff, manager and leadership levels, and by seeking opportunities to collaborate with tribes on issues important to tribal governments.  Working with Oregon's tribal governments is an ongoing integral part of DEQ operations, and it will continue through the 2019-2021 biennium.

In 2018, DEQ became a member of Partners in Diversity.  Partners in Diversity (PiD) operates as an affiliate of the Portland Business Alliance Charitable Institute, a 501 (c)(3) nonprofit organization, and seeks to address employers' critical needs for achieving and empowering a workforce that reflects the rapidly changing demographics of the Pacific Northwest.  PiD convenes business and community leaders to welcome professionals of color who recently relocated to Oregon and southwest Washington. This networking event (Say Hey) is held quarterly and a member of DEQs HR team regularly attends. In February 2018, DEQ participated in the Environmental Connect event at University of Oregon.  DEQ staff spoke with students about careers and internships.

DEQ staff have participated in numerous community outreach events including Environmental Justice workshops, community forums for Cleaner Air Oregon, East Portland Air Coalition, and the Johnson Creek Watershed Council.

## H. Executive Order 17-11 Updates

### a.  Respectful Leadership Training (Diversity, Equity & Inclusion), and Sexual Harassment

DEQ leadership receives training in respectful leadership, diversity, equity, & inclusion, and sexual harassment related topics at the annual managers' conference, by attending various conferences and workshops, from human resources staff at manager meetings, and from the DEQ training and development specialists.  All staff and commission members will be required to complete the iLearn training on Maintaining a Professional Workplace and Preventing Sexual Harassment by December 2018.   At the 2018 Managers Conference Basic Rights Oregon will present "Fair Workplace Project", a program designed to build a shared discourse around transgender identities, using narrative to detangle concepts such as sex and gender.

### b.  Statewide Exit Interview Survey

DEQ uses the statewide exit interview survey in addition to internal management's own efforts to determine why employees leave the agency and/or state service. All separating employees are sent a link to complete the survey.  It is completely voluntary and anonymous and goes directly to the State of Oregon Department of Administrative Services.  From January 1, 2016 through December 31, 2107, the agency received 39 DEQ employee responses to the statewide survey.  This is a 71% response rate.

c. **Performance Evaluations of all Management Personnel**

Consistent with Executive Order 17-11, all DEQ managers are responsible for engaging in and supporting affirmative action diversity efforts in the agency, and are held responsible for this in their annual performance appraisals. The deputy director is in charge of this effort with respect to the regional and division administrators, with the administrators taking responsibility for this requirement for middle management.

## I. Status of Contracts to Minority Owned Businesses (ORS 659A.015)

a. It is DEQ's practice, in accordance DAS policy, to open bids for contracts of $10K or more in the Oregon Procurement Information Network (ORPIN). Contractors and vendors who have been certified by the Certification Office for Business Inclusion and Diversity (COBID) have been encouraged to submit bids. DEQ has informed COBID vendors of the RFP; however, COBID vendors did not respond.   It is also the practice of DEQ to award tying bids to COBID certified contractors and vendors.

In an effort to promote participation COBID contractors and vendors, DEQ includes the following clause in its solicitations:

> "Pursuant to Oregon Revised Statute (ORS) Chapter 200, and as a matter of commitment, DEQ encourages the participation of minority, women, and emerging small business enterprises in all contracting opportunities.  DEQ also encourages joint ventures or subcontracting with minority, women, and emerging small business enterprises."

In 2016, thirty-two (32) new contracts totaling $3,487,170 were awarded by DEQ, and of these, 7 contracts comprised 31.34%, of the total number of contracts and 21.89% of the total contract dollars were awarded to 4 COBID certified contractors.

In 2017, 26 new contracts totaling $4,042,165 were awarded by DEQ, and of these, 1 contract comprised 1.30% of the total number of contracts and 3.85 % of the total contract dollars was awarded to a Woman-owned Business.

b. Not Applicable

## III. Roles for Implementation of Affirmative Action Plan

The agency consists of the five-member Environmental Quality Commission, a director, and a 16 member leadership team.  Our organizational structure includes four headquarters divisions: Air Quality, Water Quality, Land Quality, and Central Services.  These parts of the agency carry out much of the policy and administrative functions of DEQ, and the four regional divisions Northwest Region, Western Region, Eastern Region and the Laboratory and Environmental Assessment Division are responsible for monitoring, permitting and compliance inspection functions.  The agency has a total requested budget of $507,034,279, of which $322,246,067 is for agency operations, subject to approval by the 2019 Legislature. The agency had 638 employees at the end of the first year of the 2015-2017 biennium. DEQ has a strategic plan to achieve the agency's mission, vision and values. The implementation of an outcome-based management program and associated reorganization drives the agency's ability to achieve these goals.

## A. Responsibilities and Accountability

The success of the affirmative action plan depends upon the commitment and leadership of DEQ employees at all levels.

### a. The Director

DEQ's director commits the agency to a policy of equal employment opportunity and affirmative action. The director demonstrates an active interest attaining affirmative action goals and objectives. The director has delegated direct oversight of affirmative action to the deputy director. Both the director and deputy director provide leadership to agency management and staff, and have the overall responsibility to:

- Communicate and implement the Affirmative Action Plan and Policy Statement;
- Review with all division administrators their affirmative action and diversity and inclusion efforts, along with their ability to manage a diverse workforce; and
- Monitor progress toward meeting the goals and objectives of the Affirmative Action Plan.

### b. Division and Regional Administrators

Division and regional administrators are accountable to the director and deputy director. These individuals are responsible for communicating and implementing the agency's Affirmative Action Plan within their respective divisions or offices, responsibilities that are contained in their position descriptions. The administrators' duties are to:

- Actively promote a positive climate concerning affirmative action and workforce diversity;
- Maintain a work environment free from harassment of any kind, and discuss the work climate with management staff and employees to be certain DEQ's policies are understood and implemented;
- Ensure managers receive training in affirmative action and workforce diversity concepts and apply such philosophies in their day-to-day work;
- Discuss the managers' affirmative action efforts and results, and their ability to manage a diverse workforce in conjunction with their other managerial responsibilities;
- Include affirmative action and diversity concepts on staff meeting agendas; and ensure the Affirmative Action Plan is understood and being implemented as assertively as possible; and
- Apply Veteran's preference points appropriately.

### c. Managers and Supervisors

Managers are accountable to their administrators. These individuals are responsible for communicating and implementing the agency's Affirmative Action Plan to employees within their respective programs, sections, or stations, and their affirmative action, EEO, and diversity responsibilities are integrated into their position descriptions. The following responsibilities are assigned to managers:

- As part of the new employee orientation, review DEQ's Affirmative Action Policy Statement and employee responsibilities for supporting and promoting it with all new employees;
- Regularly discuss the tenets of the Affirmative Action Plan with employees to be certain all components are understood and implemented;
- Provide assistance in identifying problem areas and establish program objectives to meet affirmative action goals;
- Attend equal employment opportunity, affirmative action, and workforce diversity training and apply such training in day-to-day management to achieve EEO/AA- related objectives;
- Ensure agency training opportunities are offered to employees without discrimination due to race, religion, national origin, age, gender, sexual orientation, marital status, veteran status or disability;
- Ensure all DEQ-sponsored meetings occur in barrier-free facilities;
- Maintain a harassment-free work environment, and report incidents of harassment to the human resources manager;

- Work with the human resources analysts to locate and recruit qualified women, people of color, veterans, and candidates with disabilities for vacant positions;
- Encourage upward mobility for employees by becoming familiar with the career development opportunities at DEQ, evaluating positions for restructuring and, with the assistance of DEQ's training and development specialist, reviewing employee training and career plans to determine appropriate developmental assignments;
- Discuss their affirmative action efforts and their demonstrated abilities to manage a diversified work force in conjunction with other managerial responsibilities with their division administrators;
- Apply Veteran's preference appropriately;
- Identify problem areas in practices and procedures and assist in finding solutions to those problems;
- Support employees to represent DEQ with organizations and community action groups whose members or clients tend to be people of color, people with disabilities, or women;
- Ensure agency training opportunities are offered free of discrimination on the basis of race, religion, national origin, age, gender, sexual orientation, marital or veteran status, or disability;
- Support career counseling for all employees;
- Periodically check to ensure facilities and department activities are barrier-free; and
- Conduct training sessions for all employees that foster workplace diversity (to include affirmative action and equal employment opportunity).

### d. Human Resources Manager

The Human Resources Manager has responsibility for administration of the agency's Equal Employment Policy and Affirmative Action Plan. The Human Resources manager has responsibility to ensure:

- Action is taken by all levels of Agency management to achieve DEQ's equal employment opportunity and affirmative action objectives;
- Compliance with all applicable federal and state laws, rules, and regulations;
- Managers receive assistance in implementing the Affirmative Action Plan;
- Upon receipt of allegations of discrimination or harassment, the matter is assigned to the DEQ Employee Relations Consultant or we contact the Department of Administrative Services or the Department of Justice for assistance in the investigation.  The DEQ Employee Relations Consultant attends training from the Department of Justice, BOLI or other providers;
- Develop policies and procedures related to affirmative action and equal employment opportunities;
- When possible, foster employee and manager participation in job fairs and career days that have an emphasis on opportunities for women, minorities, and people with disabilities;
- Inform management of the latest law and EEO/AA-related rule changes;
- Initiate programs to recruit, appoint, retain, and promote qualified women, minorities, people with disabilities, and veterans;
- Provide employee counseling related to informal discrimination complaints;
- Investigate formal complaints of discrimination made by employees; and
- Provide managers with skills to manage a diverse workforce effectively.

### e. Affirmative Action Representatives

The Affirmative Action Representative role is a shared responsibility between the HR manager and an HR analyst responsible for writing the affirmative action plan.  The Affirmative Action Representatives are required to:

- Compile, review, and revise the agency's Affirmative Action Plan and submit to the Governor's Office of Diversity and Inclusion;
- Recommend changes and updates to the Affirmative Action Plan in response to changing circumstances;

- Develop communication methods to ensure the goals of affirmative action are understood by all staff and are brought to the attention of groups or organizations representing people of color, women, and people with disabilities; and
- Design and implement audit and reporting systems that will measure effectiveness of DEQ's Affirmative Action Program; indicate the need for remedial action; and determine the degree to which the agency's goals and objectives have been achieved.

## IV. July 1, 2017 – June 30, 2019

### A. Accomplishments in goals and attainments/progress from 2017 -- 2019 biennium's Affirmative Action Plan

DEQ's Affirmative Action Plan accomplishments have been reported to employees in a variety of ways. The Affirmative Action plan is discussed at labor/management meetings and Human Resources reports to the leadership team.  DEQ staff receive updates about the Affirmative Action plan by email.  There is an Affirmative Action Plan link on the agency's intranet.  Nondiscrimination and equal opportunity statements and posters are prominently displayed and available in areas frequented by and accessible to DEQ employees. Examples of posters displayed include: Equal Employment Opportunity is the Law, Employee Rights Under the Fair Labor Standards Act, and Americans With Disabilities Act Notice to the Public. The Affirmative Action Plan is available to anyone upon request.

In 2018, DEQ created a Diversity, Equity and Inclusion committee that is making progress towards an agency wide diversity, equity and inclusion work plan. The Diversity, Equity and Inclusion committee has created a Sharepoint site where employees will be able to view committee member contact information, agendas, minutes, and upcoming events. The Diversity, Equity and Inclusion committee is comprised of 12 members and there is currently a waitlist to join the committee.

- The five member Environmental Quality Commission includes two commissioners of color.
- The executive search for a new director included advertising in a wide variety of natural resource and diversity related agencies.  We maintained the list to use for other recruitments and will continue to update the resources as needed.
- With the permanent appointment of new Director, Richard Whitman in February 2017, DEQ reaffirmed the 2015 strategic goals for the agency (see Appendix C).  Some of these strategic goals were directed at creating a diverse culture and workforce and engaging with diverse Oregon communities.  DEQ remains committed to carrying out these strategic goals in continued promotion of diversity, equity and inclusion.
- One of the first priorities with the new leadership was to restructure the agency to better support the core programs and functions in the air, land and water divisions.  The reorganization resulted in an increase of the size and diversity of the leadership team.  Additionally, the leadership team has expressed a strong desire to improve diversity awareness. DEQ conducted national recruitments and welcomed four new leadership team members from out of state.  The leadership team includes eight men, eight women and two people of color.
- One of the new positions was a Communications Manager who will be responsible for building and improving relationships with the public.
- The deputy director held division administrators accountable for their affirmative action/diversity efforts through their annual performance reviews. In turn, the division administrators held managers

accountable for their efforts. Affirmative action and diversity efforts are in managers' position descriptions.

- Complaints of discrimination were investigated and disciplinary action was taken, when appropriate
- A planning committee was established in July 2018 to explore and coordinate diversity, equity and inclusion activities, communication, training and events to improve diversity awareness within the agency. The committee is comprised of both management and staff.
- Environmental Justice awareness and training has increased during this plan year. Environmental Justice in Oregon ensures that all persons affected by decisions of natural resource agencies have a voice in those decisions.  DEQ adopted an Environmental Justice Policy in 1997 (See Appendix C) to guide the agency's work, including principles for making environmental equity inherent in the way DEQ does business.  Some recent DEQ actions to ensure environmental justice include:
  - Working to enhance public participation in the agency's actions and ensure the meaningful involvement of people who may be affected by these decisions, as directed by Senate Bill 420 passed by the 2007 Oregon Legislature
  - Coordinate with other state natural resource and health agencies, and local environmental public health agencies to develop and share tools for EJ activities in Oregon, such as a tool to take into account demographic indicators for prioritizing work and sharing environmental public health with communities with environmental justice concerns.
  - Coordinate with EPA to develop EJ trainings for specific Oregon DEQ programs
  - Consult with state and local environmental public health agencies to incorporate EJ considerations into programs, such as priorities for air toxics site investigation
  - Collaborate with EPA to identify LEP individuals who need language assistance using data such as EJ Screen, the latest census data, or information from DEQ
  - Diversify Oregon DEQ's advisory committees and workgroups, including, but not limited to, participants representing environmental justice issues
  - Establish DEQ protocols for culturally appropriate community engagement, taking into account demographic indicators and Limited English Proficiency
  - Continue to develop an agency implementation and staff training plan, with outcome-based measurements, for using EPA's EJSCREEN when DEQ decisions may affect communities with identified or potential EJ concerns
  - Maintain an online training for environmental justice that is available to all employees
  - Provide all DEQ employees opportunities to access training about EPA's tool to evaluate demographic indicators for prioritizing work and engaging communities
- In 2017-2018, DEQ engaged in recruiting practices aimed at attracting a diverse workforce. These practices will continue in the future:
  - Applicants, including interns and volunteers, are requested to voluntarily disclose race/ethnic, gender information, disabilities and veteran status.
  - In addition to using the statewide online recruiting system, Neogov, DEQ began advertising open positions in a variety of diversity related and natural resource related websites such as the Environmental Professionals of Color, National Society of Black Engineers, Society of Women Engineers, and the Society of Hispanic Professional Engineers.  DEQ began advertising open positions on the Partners in Diversity website in 2018.  DEQ maintains a list of associations and websites specific to diversity and natural resources.
  - All DEQ job postings included the following statement:  "The Department of Environmental Quality is an Equal Opportunity, Affirmative Action employer committed to cultural diversity and compliance with the Americans with Disabilities Act. DEQ welcomes applications from women, veterans, people of color, and individuals with disabilities."
  - DEQ accommodated applicants with disabilities by coordinating informational interviews.
  - DEQ offers multiple formats (phone, video, in-person) for interviews.

- o DEQ Human Resources trained managers on applying veteran's preference points and pay equity.
- o DEQ provided implicit bias information to interview panelists.
- o DEQ continues to use the services of qualified rehabilitation facilities such as The Galt Foundation. GALT assigned 29 temporary staff to DEQ during 2016/2017.
- o DEQ continues its monthly "Thirsty Thursdays" webinars -- an educational seminar series open to all DEQ staff and guests. The seminars can aid in career advancement by providing valuable educational information on a wide array of topics. The topics since July 2016 have included: Air Pollution Exposure and Mitigation Potential in Portland; Life Cycle Assessment; Food Product Environmental Footprints, and Tracking Success: Reclaiming Columbia River Wetlands From Invasive Plants. Seminars are given by experts from within and outside DEQ.
- During the 2017-2019 biennium, DEQ provided training opportunities to increase effectiveness of managers and staff with working with various multicultural groups. Some examples include:
  - o In 2017, "Strength Finders" training was given to managers and made available to all staff. This training educates DEQ employees on the differences and understanding of individual communication styles and personality types.
  - o In 2017, at the DEQ Managers Conference, training was given to managers and human resources staff on employee engagement.
  - o In 2017 and 2018, DEQ Human Resources staff attended the following trainings:
    - Pay Equity
    - Veteran's Preference in employment
    - Recruiter Foundations – Candidate Focused Recruitment
    - Tribal Relations
    - Environmental Justice
    - NW Public Employee Diversity Conference
    - Stoel Rives – Sixteenth Annual Labor and Employment law conference
    - Statewide Diversity and Inclusion conference
    - Mental Health First Aid
    - Barran Liebman Annual Seminar – Employment law update
- In 2017, DEQ managers, human resources staff, and interview panel members were given training on the proper application of veteran's preference points in the recruitment and selection process.
- In January 2017, over 20 DEQ managers and staff attended the Science Talk Northwest Conference. This conference united active scientists, science communicators, journalists, students, and trainees for 2 days of learning how to talk science to non-scientists. This training will help DEQ communicate better with outside stakeholders and the public.

In August 2015, as a requirement of the AFSCME Collective Bargaining Agreement, DEQ began tracking and reporting on employees working out of class. As of September 1, 2018, a total of 29 employees were working out of class. Employees working out of class were comprised of:

| EEO Category | # Participating in Work Out of Class |
|---|---|
| Total # of DEQ Employees | 29 |
| # of Women | 17 |
| # of People of Color | 1 |
| # of People with Disability | 1 |
| # of People Age 40 & Over | 18 |
| # of Veterans | 0 |

- Between July 1, 2015 and September 1, 2018, the size of the DEQ workforce has been relatively stable.  The number of women, people of color, people with disabilities, employees over age 40 and Veterans rose slightly.
  - As of July 1, 2016, DEQ employed 638 employees.  At this time the workforce was comprised of:
    - 263 Women accounting for 41.2% of the workforce
    - 70 People of Color accounting for 11% of the workforce
    - 10 People with a Disability accounting for 1.57% of the workforce
    - 516 employees age 40 & Over accounting for 80.9% of the workforce
    - 30 Veterans accounting for 4.7% of the workforce
  - As of September 1, 2018, DEQ employed 638 limited duration and permanent employees.  At this time the workforce was comprised of:
    - 267 Women accounting for 41.8% of the workforce
    - 78 People of Color accounting for 12.2% of the workforce
    - 14 People with a Disability accounting for 2.19% of the workforce
    - 522 employees age 40 & Over accounting for 81.8% of the workforce
    - 39 Veterans accounting for 6.1% of the workforce

- In the 2016 fiscal year, DEQ opened 94 new recruitments for employees and there were 4178 applicants.  In the 2017 fiscal year, DEQ opened 98 new recruitments for employees and there were 5043 applicants – an increase of 20.7% from the prior fiscal year.  The applicant pools consisted of:

| EEO CATEGORY | # OF APPLICANTS | | |
|---|---|---|---|
| FISCAL YEAR: | 2016-2017 | 2017-2018 | % of Change |
| Total # of All Applicants: | 4176 | 5043 | 20.54 |
| Gender of Applicants: | | | |
| # of Men | 2119 | 2545 | 20.10 |
| # of Women | 1936 | 2292 | 18.39 |
| Declined to Answer | 112 | 171 | 52.68 |
| Unknown | 9 | 35 | 288.89 |
| Ethnicity of Applicants: | | | |
| American Indian or Alaskan Native | 51 | 97 | 90.2 |
| Asian | 318 | 342 | 7.55 |
| Black or African American | 172 | 135 | -21.51 |
| Hispanic or Latino | 209 | 282 | 34.93 |
| Native Hawaiian or Pacific Islander | 41 | 55 | 34.15 |
| Two or more races | 209 | 265 | 26.79 |
| White (not Hispanic or Latino) | 2916 | 3497 | 19.92 |
| Declined to Answer | 251 | 335 | 33.47 |
| Unknown | 9 | 35 | 288.89 |
| # of Applicants with a Disability: | 0 | 0 | 0 |
| # of Veteran Applicants: | 330 | 342 | 3.64 |

Most hiring managers choose to open their recruitments to both internal and external applicants to attract the most diverse applicant pools possible. DEQ sends job announcements agency-wide via e-mail in order to ensure that current employees have equal access to job postings. The 2017-2019 AFSCME contract was updated to include language that allows internal applicants to interview for open positions if they've met certain requirements while filling job rotation or work out of class assignments.

DEQ enjoys a very stable workforce; however, the number of retiring employees is increasing and is expected to increase as more employees decide to retire. Retiring employees provide opportunities for promotion of existing employees and new hires into vacated positions.  In 2016, 29 DEQ employees retired.  The number of retirements increased to 34 in 2017.

### B. Progress Made or Lost Since 2017 -- 2019 Biennium

The percentages of women, people of color, people with disabilities, employees over age 40 and Veterans rose slightly while the number of employees remained stable.

A planning committee was established to explore and coordinate diversity, equity and inclusion activities for the agency.  The agency is considering Employee Resource Groups.

Due to limited resources, DEQ was only able to participate in one career fair in the 2017-2019 biennium.

The number of Oregon's Certification Office for Business Inclusion and Diversity (COBID) contracts dropped from seven to one contract.

## V. July 1, 2019 – June 30, 2021

### A. Goals for Agency Affirmative Action Plan

### B. Strategies and Timelines for Achieving Agency Goals

| Goal | | Timeline |
| --- | --- | --- |
| Increase recruitment and retention of all underrepresented categories | | Ongoing |
| **Strategies** | | |
| Participate in more career fairs | | Ongoing |
| Use Workday to measure progress | | Ongoing |
| Continue to recruit in a variety of nationwide and diversity related websites and electronic newsletters | | Ongoing |
| **Goal** | | |
| Create at least 2 Employee Resource Groups | | December 2019 |
| **Strategies** | | |
| Involve employees in planning and facilitating | | Ongoing |
| Contact other agencies for advice and resources | | Ongoing |
| Continue to involve Labor Management Committee for support and participation | | Ongoing |
| **Goal** | | |
| Improve access and process for internship opportunities | | July 2020 |
| **Strategies** | | |
| Develop internships based on projects | | January 2020 |
| Include intern program in budget development | | August 2020 |
| Develop working relationships with local colleges and universities | | Ongoing |
| Develop onboarding program for interns | | June 2019 |
| **Goal** | | |
| Include accountability for affirmative action, diversity, equity and inclusion efforts in final written management performance reviews. | | June 2019 |

| **Strategies** | | |
|---|---|---|
| Use templates in Workday | | After Workday implementation. TBD |
| **Goal** | | |
| Train all interview panelists on Implicit Bias | | Ongoing |
| **Strategies** | | |
| Identify and deliver training to all managers and panel members | | July 2019 |
| Require all panel members to complete training before serving on interview panel | | Ongoing |
| **Goal** | | |
| Implement a succession planning process | | September 2020 |
| **Strategies** | | |
| Continue to work with CHRO resources | | Ongoing |
| Use Pay Equity survey data in Workday | | |
| Meet the Secretary of State Audit requirements | | March 2021 |
| **Goal** | | |
| Develop an agency-wide onboarding program to improve inclusion | | January 2020 |
| **Strategies** | | |
| Assign a project manager | | September 2019 |
| Commit to a completion date | | September 2019 |
| Collect existing onboarding plans from programs and regions | | October 2019 |
| Bring all employees to HQ from all regions for networking | | Ongoing |
| **Goal** | | |
| Increase the number of COBID contractors | | July 2021 |
| **Strategies** | | |
| Contact known COBID contractors for work less than $10k | | Ongoing |
| Continue to contact COBID contractors directly when ORPIN is requesting bids | | Ongoing |

## VI. Appendix A – State Policy Documentation

https://www.oregon.gov/gov/policy/documents/state_affirmative_action.pdf

**A. ADA and Reasonable Accommodation Policy (Statewide Policy 50.020.10)**

https://www.oregon.gov/das/Policies/50-020-10.pdf

B. **Discrimination and Harassment Free Workplace - (Statewide Policy 50.010.01)**

https://www.oregon.gov/das/Policies/50-010-01.pdf

C. **Employee Development and Implementation of Oregon Benchmarks for Workforce Development (Statewide Policy 50.045.01)**

https://www.oregon.gov/das/Policies/50-045-01.pdf

D. **Veterans Preference in Employment (105-040-0015)**

https://secure.sos.state.or.us/oard/viewSingleRule.action?ruleVrsnRsn=246433

**E. Equal Opportunity and Affirmative Action Rule (105-040-0001)**

https://secure.sos.state.or.us/oard/viewSingleRule.action?ruleVrsnRsn=1194

**F. Executive Order 17-11**

https://www.oregon.gov/gov/Documents/executive_orders/eo_17-11.pdf

# VII. Appendix B – Federal Documentation

https://www.oregon.gov/gov/policy/documents/federal_affirmative_action_titleVII.pdf

**A. Age Discrimination in Employment Act of 1967 (ADEA)**

**B. Disability Discrimination Title I of the Americans with Disability Act of 1990**

**C. Equal Pay and Compensation Discrimination Equal Pay Act of 1963, and Title VII of the Civil Rights Act of 1964**

**D. Genetic Information Discrimination Title II of the Genetic Information Nondiscrimination Act of 2008 (GINA)**

**E. National Origin Discrimination Title VII of the Civil Rights Act of 1964**

**F. Pregnancy Discrimination Title VII of the Civil Rights Act of 1964**

**G. Race/Color Discrimination Title VII of the Civil Rights Act of 1964**

**H. Religious Discrimination Title VII of the Civil Rights Act of 1964**

**I. Retaliation Title VII of the Civil Agency Affirmative Action Policy**

**J. Sex-Based Discrimination Title VII of the Civil Rights Act of 1964**

**K. Sexual Harassment Title VII of the Civil Rights Act of 1964**

# IX. APPENDIX C – Agency Documentation in Support of the DEQ Affirmative Action Plan

**A. Education and Training Policy:**
**B. DEQ Strategic Goals:**
**C. DEQ Tribal Relations Policy**
**D. DEQ Environmental Justice Policy**

# IX. APPENDIX D – Additional Federal documentation (if applicable)

These requirements are not applicable to DEQ

# DEQ Policy



# Education and Training

| | | |
|---|---|---|
| Policy Number: 090.007.2020 | Version: 8 | |
| Effective Date:  April 1, 2020 | Next Scheduled Revision Date:  As needed | |
| Approval:<br> Brian Boling (signature on file) | Title:<br>CSD administrator | |

**State of Oregon**
**Department of Environmental Quality**

| | |
|---|---|
| **Intent/Purpose/ Statement of Need** | DEQ is committed to providing employees with opportunities to increase skills in their current position and encourage career development and planning. Both the <u>Governor's Balanced Budget Benchmarks</u> and <u>Department of Administrative Services policy</u> require that at least 50 percent of an agency's employees receive a minimum of 20 hours of training per year and that each employee have a development plan in place. To support and promote employee growth, DEQ has established a practice that all employees will develop a training plan annually in conjunction with their manager. Further, DEQ has established an outcome-based management target of all employees receiving at least 20 hours of training annually. |
| **Authority** | ORS.240.145(3)(4); 240.250; 240.551; OAR 839.020.0044(7); <u>Oregon Benchmarks</u>; DAS Policy 50.045.01; State of Oregon/DAS/AFSCME/DEQ Collective Bargaining Agreement |
| **Authority** | Central Services Division |
| **Applicability** | Except as noted, this policy applies to all DEQ employees, including temporary employees. |
| **Agency commitment to education and training** | It is important to DEQ that the agency maintain and promote a well trained workforce. DEQ is committed to providing opportunities for all employees to receive and attend training. Education and training will be made available to employees without regard to race, color, religion, gender, gender identity, national origin, age, sexual orientation, or mental or physical disability. |
| **Roles and responsibilities** | Having a well trained workforce is a fundamental responsibility of every DEQ employee, regardless of position within the agency.  Specific responsibilities include:<br><br>Agency leadership<br><ul><li>Strategic alignment of policy with agency planning; diversity, inclusion and equity goals; workforce development goals; and technology changes.</li><li>Provide resources to support effectiveness of this policy.</li><li>Holding managers accountable for ensuring that staff have updated training plans and receive 20 hours of training per year.</li></ul><br>Workforce development coordinator: and Organizational and Training Development Consultant |

|  | • Track training denials and provide either a summary or copy of the denials to the Labor Management Committee annually.<br>• Promote the career development program and available training opportunities.<br>• Offer consultation with individual staff members regarding career development.<br><br>Manager<br>• Annually review and approve training plans during annual review process.<br>• Quarterly review training plan and goals with staff.<br>• Provide assistance in identifying appropriate training opportunities for staff.<br>• Document training denials in writing within 15 days of the training request submittal to both the employee and Workforce Development Coordinator. Reasons for training denial may include, but are not limited to, budget constraints, workload, or other operational reasons.<br>• Support employees' job-related training goals, career planning and implementation of career development plans.<br><br>Employee<br>• Identify and request job-related and skill building training opportunities.<br>• Participate in updating of annual training plan and periodically update and request approval of training plan.<br>• Quarterly, review training plan and goals with manager.<br>• Enter completed training into iLearn. |
|---|---|

**POLICY**

| Applying for training | Employees share responsibility for identifying, researching and applying for training, education, and career development opportunities and are encouraged to discuss their career goals with their supervisors. DEQ expects all employees to have a training plan on file that will at minimum address core training and job-related education. To apply for the training listed on the plan, employees must follow the established DEQ procedure for requesting training. See procedure in the attachment section of this policy. |
|---|---|
| Training opportunities | DEQ will provide training, education and career development opportunities for all employees when possible. Examples of opportunities include, but are not limited to, job-related and career development training, participation in conferences and workshops, job rotations, mentorships, job shadowing, self-paced training (such as online training and study guides) and special assignments. |
| Core training | Core training is required for all positions at DEQ and includes trainings that cover topics such as new employee onboarding, universal and job-specific safety, state and DEQ policy training (including Maintaining a Professional Workplace) and training on equipment and technology necessary for internal and external communication and job performance.<br><br>Core training is paid 100 percent with program funds. All core training is completed during work hours. Time spent in training outside regular working hours at a study course required for certification is on the employee's own time and would be unpaid (OAR 839.020.0044(7)). |

2

|  | All new managers will complete identified DAS management courses within six months of hire.  If the DAS management courses are not available, DEQ's Central Services Division administrator will work with DAS to identify relevant and appropriate training for the new managers to take within six months of hire. |
| --- | --- |
| **Job-related training** | Job-related training is defined as training that helps employees perform better in their current position. Examples of job-related training include specialized software, grant writing, inspection training, effective communication, etc. All DEQ employees are eligible for job-related training.<br><br>Classes, seminars, or workshops and fees and books pertaining to job-related training will be paid 100 percent with program funds. Any books purchased in conjunction with such training are agency property. Attendance should take place during work hours. |
| **Career development education and tuition reimbursement** | Career development education is future focused and meant to be in service of expanding or enhancing of one's career prospects. All regular and limited duration employees are eligible for career development education. Trial service employees and temporary employees are not eligible to participate. Employees who have had a disciplinary action of a salary reduction or higher within the last year may not be eligible to participate.<br><br>Career development education is reimbursed from program funds. Approval for funding is contingent on available funding and resources. Employees must obtain authorization from their manager and file an approved Career Development Plan with the Agency Organizational Development and Training Consultant prior to enrolling in a course in order to receive reimbursement for career development education. Based on available funding, up to 75 employees agency wide may participate in the Career Development program at any given time. Attendance and training for career development education must be completed on the employee's own time and not during work hours.<br><br>Career Development Plans shall be completed within three consecutive years. If program funds allow and the approval will not hamper others within the section of initiating career development, the Career Development Plan may be updated and extended for up to another three years.<br><br>Any modifications to Career Development Plans must be approved in writing by the employee's manager and the Organizational Development and Training Consultant. The employee is responsible for implementing their career development plan. A career development plan is considered inactive if the employee has not taken any proactive steps on his/her plan in a six-month period. This does not extend the time of the career development program.<br><br>**Tuition Reimbursement**<br><br>Tuition reimbursement is a form of Career Development Education. |

|  | Employees are eligible for tuition reimbursement if they have an approved Career Development Plan on file with Human Resources. For employees at salary range 20 and above, 50 percent of tuition and fees related to the class (this amount is prorated for part-time employees) are reimbursed. For employees at salary range 19 and below, 75 percent of tuition and fees related to the class (prorated for part-time employees) are reimbursed. Reimbursement shall not exceed $3,500 in a twelve-month period (one year). No funds shall be carried over from year to year. The twelve-month reimbursement period begins with the first reimbursement payment.<br><br>The intent of reimbursement is to assist employees with expenses related to their educational goals. Reimbursement will only be made for courses on the approved Career Development Plan. To receive reimbursement, the employee must submit documentation to the Agency Training and Development Specialist that they have received a "pass" or grade of "C" or better in the class. If the class is credit/no credit, the employee must receive credit status. They must also provide valid proof of out of pocket payment made by the employee to an approved educational institution during the term that the course(s) were taken (as outlined in the employee's Career Development Plan) via cash, personal check, credit and/or debit card. Tuition, fees and course related books are eligible for reimbursement. Payments on student loans and items such as school supplies, child care, parking, technology, including computers, laptops and tablets or third party payments are not eligible for reimbursement.<br><br>To receive reimbursement, requests must be submitted within 60 days of completion of the course(s). |
|---|---|
| **Other training** | • Program funds will cover 100 percent of Public Employees Retirement System sponsored retirement and investment seminar costs. These seminars will be on paid time if occurring during an employee's regular work hours. If the seminar takes place outside the regular working hours, it is on the employee's own time.<br>• Employees may request an Educational leave of absence to pursue educational goals.  Educational leave is unpaid time.  For more information refer to the DEQ Leave Without Pay Policy 090.012.2016 and the 2017-19 Collective Bargaining Agreement, Article 31 Section 2(c). |
| **Memberships and registrations** | DEQ will pay for one of the following licenses, professional memberships or registration as follows:<br>• When a professional registration or license for a (a) certified public accountant, (b) professional engineer, (c) registered geologist or (d) registered environmental health specialist/ registered sanitarian is required as part of the job duties of an employee and identified as a requirement of the position in the position description, the entire cost of the annual professional registration or license will be reimbursed by the agency; or<br>• Up to $250 for one job-related professional membership when pre-approved by the immediate supervisor; or<br>• Up to $250 for one non-required professional registration when pre-approved by the immediate supervisor. |

4

| | |
|---|---|
| | When a second professional membership will benefit an entire section of people at DEQ and no other staff member is eligible to obtain this membership, the manager of the section may request an exception to the professional membership limit through the Central Services Division Administrator. In situations such as this, the second professional registration must rotate among staff within the section.  DEQ will not pay for more than two memberships per year for a given employee.<br><br>These restrictions apply only to individual staff memberships.  In situations where the agency as a whole benefits, and the membership is tied to the agency and not an individual (e.g., ECOS), memberships above these limits can be authorized.  In these limited instances, if the employee were to leave, the membership/registration will transfer to another department employee. |
| **Records management** | Retain all documents related to this policy according to state general and DEQ-specific retention schedules. |
| **Definitions** | Career Development Plan: A written plan used to identify internal and external training for the employee to aid in promotion or job changes at DEQ or another state agency. |
| **History** | 3/30/2006 (format only)<br>Clarify which expenses are eligible for reimbursement: 8/13/03, 6/10/04, 9/25/05 10/15/09; 1/7/11; 2/21/12<br>4/16/13: update intent to comply with DAS policy and clarify DEQ's expectations regarding training plans and minimum training hours expected.<br>4/17/14: to clarify reimbursement process.<br>9/29/17: to increase amount allowed for professional memberships, identify responsibilities and clarify language.<br>3/30/20: Update eligibility language. Conform policy to most recent policy template. |
| **Attachments** | DAS Policy 50.045.01<br>Governor's Balanced Budget Benchmarks<br><br>Job Related Training and Career Development Forms, and Educational Leave Information, Leave without Pay Policy Travel forms and procedures |

## B. DEQ Strategic Goals:



State of Oregon
Department of
Environmental
Quality

Dick Pedersen, Director

Phone ▮▮▮▮▮▮

*www.oregon.gov/DEQ*

**Memo**

To: DEQ staff

From: Dick Pedersen, DEQ Director

Date: December 17, 2015

Subject: DEQ Strategic Goals

I am excited to share DEQ's updated strategic goals with you. Strategic goals help DEQ focus on a set of clear outcomes in order to produce desired results. These goals align agency resources and actions in a way that more clearly connects our work to our agency mission, vision and strategy.

This document contains the strategic goals, background on how the goals were developed and examples of how DEQ uses the goals.

Strategic Goals:

DEQ's strategic goals guide the agency's actions to ensure that overall quality of life, from human health to the state's economy, is supported by a beautiful, healthy and productive environment.

**Efficiently and responsibly meet environmental standards and emerging needs**
- a. Objective: Core programs are resourced appropriately
- b. Objective: Consistent and effective programs meet customer needs
- c. Objective: Productive evaluation and prioritization of emerging needs

**Sustain a diverse, outcome-oriented workforce and culture**
- a. Objective: An engaged, energized and diverse workforce is able to fulfill DEQ's mission
- b. Objective: A culture of strategic thinking and continuous improvement is supported
- c. Objective: Agency outcomes are met

**Provide easy access to information and services**
- a. Objective: High quality information and services are readily accessible
- b. Objective: Our processes meet customer needs

**Maintain informed and engaged relationships with tribes and Oregon's communities**
- a. Objective: Collaborative, productive relationships with partners and stakeholders
- b. Objective: Proactive engagement with individuals and communities where they live, work, and play

## Memo

**Sustain strong, effective internal business practices**
  a.  Objective: Responsible stewards of agency resources
  b.  Objective: Consistently use and improve agency best practices



State of Oregon
Department of
Environmental
Quality

Dick Pedersen, Director

Phone:

www.oregon.gov/DEQ

### Background

As outlined in the Leadership Team Charter, DEQ's Leadership Team is responsible for making agency-level strategic choices and setting agency-level priorities. During 2015, the Leadership Team reviewed the results of existing agency planning efforts and evaluated future agency needs. We built the strategic goals using the following:

  *  Enabling statute (468.035)
  *  Shared vision
  *  Core work map key goals
  *  The Road Ahead (Design Criteria, Guiding Principles)
  *  Outcome-based management measures
  *  Program strategic and other plans
  *  Enterprise initiatives
  *  Previous strategic directions work
  *  Other states' plans

### How DEQ uses its strategic goals

This section provides examples of current and future activities that support DEQ's strategic goals. The lists are not intended to be comprehensive.

Goal: Efficiently and Responsibly Meet Environmental Standards and Emerging Needs
  *  Implementing the Water Quality 2035 Vision and Strategy.
  *  Implementing the Materials Management in Oregon: 2050 Vision and Framework for Action.
  *  Innovating Vehicle Inspection Program service delivery to meet customer needs, such as self-service lanes.
  *  Reducing air pollution from woodstoves by assisting local governments with PM2.5 woodsmoke reduction planning and staffing the woodstove advisory committee.

Goal: Sustain a Diverse, Outcome-oriented Workforce
  *  Implementing employee engagement sessions across DEQ.
  *  Conducting lead worker training and ongoing development.
  *  Expanding and deploying the DEQ project management pool.
  *  Developing and deploying process improvement teams.

# Memo



**State of Oregon
Department of
Environmental
Quality**

Dick Pedersen, Director

Phone: █████████

www.oregon.gov/DEQ

· Goal: Provide Easy Access to Information and Services
- Implementing Agency Compliance and Enforcement System – DEQ-built.
- Implementing Laboratory Information Management System – Commercial off-the-shelf.
- Proposed Onsite e-permitting system – Collaboration with Department of Consumer and Business Services.

Goal: Maintain Informed and Engaged Relationships with Tribes and Oregon's Communities
- Involving and informing tribes, communities and decision makers. Examples include staffing the Inter-Agency Oregon Wildfire Response Protocol.
- Sustaining and improving outreach to ensure early awareness of emerging tribal and community issues; for example, working with communities on woodstove change out programs.

Goal: Sustain a Strong, Effective Internal Business Practices
- Identifying, implementing and tracking process improvements; examples include the water quality permit application checklist, and the single, statewide permit issuance plan to establish the permits DEQ expects to issue in 12 months.
- Forming teams to focus on problem solving to improve internal business practices, such as Title V invoicing or accurate SPOTS logs.
- Developing and implementing agency-wide communication standards to ensure all external communication represents one DEQ.

If you have any questions please contact any of the Leadership Team members.

<u>Leadership Team</u>: Keith Andersen, Nina DeConcini, Lydia Emer, Joni Hammond, Linda Hayes-Gorman, Kerri Nelson, Dick Pedersen, Wendy Wiles

## C. DEQ Tribal Relations Policy



| DEQ Policy | | State of Oregon Department of Environmental Quality |
|---|---|---|
| **Tribal Relations** | | |
| Policy Number ▊ | | |
| Effective Date: June 22, 2010 | Next Scheduled Revision Date: as needed | |
| Approval: | Title: | |
| Dick Pedersen (signature on file) | Director | |

| Intent/Purpose/ Statement of Need | In 2001, the Oregon Legislature adopted ORS 182.162-166 (formerly Senate Bill 770). The statute directs state agencies to promote government-to-government relations with Oregon's Indian tribes. In compliance with the law, DEQ has adopted policy to include tribes in the development and implementation of agency programs that affect tribal interests. DEQ's intent is to maximize inter-governmental relations and collaboration, to resolve potential conflicts, and to enhance the exchange of information, ideas and resources for the greater good of all Oregonians and the environment. DEQ recognizes and respects the sovereign status of the Oregon federally-recognized tribes and their respective authorities on tribal lands. |
|---|---|
| Authority | Oregon Revised Statutes 182.162-166 (Relationship of State Agencies with Indian Tribes) <br> Oregon Revised Statute 468.035 and 468.045 (agency administrative authority) |
| Applicability | All DEQ employees (full time, part time, represented, management services, executive, limited duration, contract and temporary employees), volunteers and agents |
| POLICY | |
| | DEQ is committed to building and maintaining strong government-to-government relations with Oregon's nine federally-recognized tribes. DEQ consults and coordinates with tribal nations on air quality, water quality and land quality issues that affect tribal interests, resources or lands. DEQ builds positive relationships with tribal leaders, managers, staff and representatives to understand tribal interests, explore opportunities for greater partnership and collaboration, and address tribal interests as much as possible in DEQ actions. State-tribal partnership increases our collective ability to protect and enhance Oregon's environment and people's health. |
| Tribal government participation in DEQ policy and planning development | • DEQ considers tribal interests and concerns at the front end of policy and planning development, including agency strategic planning, rulemaking, the EPA/DEQ Performance Partnership Agreement (PPA) and development of proposed legislation. <br> • DEQ's liaison to tribal nations provides timely notice of policy and planning efforts to designated tribal key contacts, and consults with tribes as necessary to consider and address tribal interests and concerns. <br> • DEQ's director offers to meet regularly with tribal leaders statewide to consult on tribal interests related to DEQ policy and planning, and to explore opportunities for greater state-tribal partnership and collaboration. |

# DEQ Policy

# Tribal Relations



**DEQ**

State of Oregon
**Department of
Environmental
Quality**

| | |
|---|---|
| Policy Number█████████ | |
| Effective Date:  June 22, 2010 | Next Scheduled Revision Date:  as needed |
| Approval:<br><br>Dick Pedersen (signature on file) | Title:<br><br>Director |

| | |
|---|---|
| **Intent/Purpose/ Statement of Need** | In 2001, the Oregon Legislature adopted ORS 182.162-166 (formerly Senate Bill 770). The statute directs state agencies to promote government-to-government relations with Oregon's Indian tribes. In compliance with the law, DEQ has adopted policy to include tribes in the development and implementation of agency programs that affect tribal interests. DEQ's intent is to maximize inter-governmental relations and collaboration, to resolve potential conflicts, and to enhance the exchange of information, ideas and resources for the greater good of all Oregonians and the environment. DEQ recognizes and respects the sovereign status of the Oregon federally-recognized tribes and their respective authorities on tribal lands. |
| **Authority** | Oregon Revised Statutes 182.162-166 ([Relationship of State Agencies with Indian Tribes](#))<br><br>Oregon Revised Statute 468.035 and 468.045 (agency administrative authority) |
| **Applicability** | All DEQ employees (full time, part time, represented, management services, executive, limited duration, contract and temporary employees), volunteers and agents |
| **POLICY** | |
| | DEQ is committed to building and maintaining strong government-to-government relations with Oregon's nine federally-recognized tribes. DEQ consults and coordinates with tribal nations on air quality, water quality and land quality issues that affect tribal interests, resources or lands. DEQ builds positive relationships with tribal leaders, managers, staff and representatives to understand tribal interests, explore opportunities for greater partnership and collaboration, and address tribal interests as much as possible in DEQ actions. State-tribal partnership increases our collective ability to protect and enhance Oregon's environment and people's health. |
| **Tribal government participation in DEQ policy and planning development** | • DEQ considers tribal interests and concerns at the front end of policy and planning development, including agency strategic planning, rulemaking, the EPA/DEQ Performance Partnership Agreement (PPA) and development of proposed legislation.<br>• DEQ's liaison to tribal nations provides timely notice of policy and planning efforts to designated tribal key contacts, and consults with tribes as necessary to consider and address tribal interests and concerns.<br>• DEQ's director offers to meet regularly with tribal leaders statewide to consult on tribal interests related to DEQ policy and planning, and to explore opportunities for greater state-tribal partnership and collaboration. |

| | |
|---|---|
| **Tribal relations protocol** | DEQ focuses its tribal relations activities on building and maintaining strong government-to-government relationships at the leadership, manager and staff level with Oregon's federally-recognized tribes. This includes improving consultation and communication between agency and tribal representatives, developing new agency guidance and tools as needed and providing ongoing training to DEQ employees on tribal government, sovereignty and issues of interest to tribal nations.<br><br>The following DEQ commitments summarize the agency's actions to build and maintain strong government-to-government relations.<br><br>• DEQ will maintain an agency liaison to tribal nations.<br>• DEQ's director, tribal liaison and appropriate regional division administrators will offer to meet with tribal leaders on a regular basis to build relationships, consult on tribal interests related to DEQ activities, discuss any upcoming issues of interest and explore opportunities for greater state-tribal partnership and collaboration.<br>• DEQ will maintain a web page on tribal government relations that includes guidance to DEQ employees, links to the web pages of the federally-recognized tribes, a copy of Senate Bill 770 (ORS 182.162-166) and other resources.<br>• DEQ's tribal liaison will actively participate as a member of the Tribal-State Natural Resources Workgroup and Cultural Resources Cluster.<br>• DEQ's liaison to tribal nations will direct communications with tribes to the designated government-to-government tribal key contacts, including tribal members of the Natural Resources Workgroup and the Cultural Resources Cluster. Communications on specific projects, programs or issues will be conducted between agency and tribal staff responsible for the project/issue.<br>• DEQ will support the exchange and sharing of data collected by DEQ staff or by tribal government.<br>• DEQ will ensure that agency managers and staff are aware of the sovereign authority and self-government of Native American Tribes and of the organizational structure of the tribal governments.<br>• DEQ will provide regular training to agency managers and key staff who communicate or work with tribal governments.<br>• DEQ will maintain tribal contacts on appropriate DEQ mailing lists and will request updates to contact information through the tribal key contacts.<br>• DEQ will support and participate in cooperative efforts between tribal governments, federal, state, and local governments on environmental issues that cross jurisdictional boundaries.<br>• DEQ will invite tribes to participate on DEQ advisory committees and workgroups of interest.<br>• DEQ will use advice and guidance when appropriate from the Legislative Commission on Indian Services and staff on tribal government matters.<br>• DEQ's liaison to tribal nations will initiate meetings between the director and tribal chair on matters not resolved by staff. |
| **Relations between DEQ, EPA and tribal governments** | • The US Environmental Protection Agency has trustee responsibilities to protect the environment on tribal lands and tribal resources outside of reservation lands. Until tribes seek and receive delegated authority to administer their own environmental programs, EPA administers federal environmental regulations on tribal trust lands.<br><br>• There is a potential for coordination to occur on issues that involve EPA, state and |

| | tribal shared interests and responsibilities. Opportunities exist for the three governments to coordinate, consult and partner on issues that cross jurisdictional boundaries, or that potentially impact programs of the others. |
|---|---|
| **Environmental Quality Commission involvement** | The Environmental Quality Commission will engage in government-to-government activities as appropriate. This may include, but is not limited to, meetings to discuss opportunities for collaboration and partnership regarding shared environmental priorities and making policy and rulemaking decisions on issues important to both DEQ and tribes. |
| **Definitions** | **Cultural Resources Cluster:** The Tribal-State group established by Senate Bill 770 to address cultural resources issues, including historic buildings, archaeological sites, and elements of natural landscape that have cultural significance. The work group consists of key state agency contacts and a tribal representative from each tribe.

**Environmental Quality Commission:** The EQC is a five-member citizen panel appointed by the governor for four-year terms to serve as DEQ's policy and rulemaking board. In addition to adopting rules, the EQC also establishes policies, issues orders, judges appeals of fines or other department actions, and appoints the DEQ director.

**EPA-DEQ Performance Partnership Agreement:** An agreement documenting EPA and DEQ commitments regarding the implementation of federally delegated environmental programs. The agreement also serves as the work plan for the Performance Partnership Grant (consolidated federal grants to DEQ from EPA.

**Natural Resources Workgroup:** The Tribal-State group established by Senate Bill 770 to improve communication between the State and tribes regarding natural resources protection and management. The work group consists of key state agency contacts, a tribal representative from each tribe and a representative from the Governor's office.

**Oregon's federally-recognized tribes:** The following tribes are federally-recognized in Oregon:

- Burns Paiute Tribe
- Confederated Tribes of Coos, Lower Umpqua and Siuslaw
- Confederated Tribes of Grand Ronde
- Confederated Tribes of Siletz Indians
- Confederated Tribes of the Umatilla Indian Reservation
- Confederated Tribes of Warm Springs
- Coquille Indian Tribe
- Cow Creek Band of Umpqua Indians
- Klamath Tribes |
| **History** | Effective: January 14, 2002

Updated: March 31, 2006 (format only)

Updated: June 22, 2010 (format and section on EQC involvement) |
| **Attachments** | **Tribal key contacts:** Tribal key contacts are provided on the Legislative Commission on Indian Services web page |

Oregon Department of Environmental Quality

# Environmental Justice – Principles and Implementation

*Environmental Justice* – or *Environmental Equity*-- entails the fair treatment and meaningful involvement of all people regardless of race, age, gender, national origin, education or income level, in the development, implementation and enforcement of environmental laws, regulations and policies. Since the early 1980's, there has been increasing awareness of disproportionate effect of environmental hazards on minority and low-income communities. Across the nation, projects are underway to investigate and address this problem. In Oregon, a governor-appointed advisory committee developed recommendations on how to eliminate disproportionate environmental impacts on low income and minority populations. One recommendation was that agencies adopt policies that incorporate environmental equity into their institutional framework. The following principles describe how the Department will make environmental equity inherent in the way it does business.

### Maintain Diversity in the Department
The Department's staff should be comprised of a broad mix of individuals. A workplace that respects different perspectives will ensure identification of potential problems and will encourage problem solving beyond traditional approaches. By encouraging respect for diversity, the Department will be able to *ensure determination of the affected public*.

### Ensure the Determination of the Affected Public
Significant environmental effects may be diluted by examination of a large population or area. Staff should be encouraged to vary their analysis of affected population by a variety of factors including population concentration, cumulative exposure to hazards, and different patterns of use of resources. Staff should also be encouraged to address human health, economic, and social effects whenever possible. By determining who the potentially affected parties are, the Department will be able to *disseminate information to the affected public*.

### Disseminate Information to the Affected Public
This goal can be accomplished through careful identification of target audiences and aggressive community outreach beyond traditional forms. This includes improving accessibility of public meetings and documents. By providing affected parties with adequate information, the Department will *provide opportunities for participation*.

### Provide Opportunities for Participation
For each agency action, adequate opportunity for community input should be facilitated to ensure that potentially affected parties are not overlooked and excluded from the process. Local community members or interest groups should be contacted to help develop agency policy. By facilitating community participation, the Department will *foster community partnerships*.

### Foster Community Partnerships
Local community members or interest groups can provide a unique perspective on problems for which the Department may be unaware. Partnerships can serve to educate all affected parties. By fostering collaboration between community members, other agencies, local jurisdictions, and the federal government, the Department will be able to *pursue innovative responses to problems*.

### Pursue Innovative Responses to Problems
Creativity and innovation are the Department's goals. Providing technical assistance to the public to enhance understanding of requirements and encourage discussion of a full range of potential creative solutions to the problem will encourage environmental protection in the most equitable manner.

### Environmental Justice Implementation Measures

1. Ensure development and targeting of all agency outreach and education efforts to reach low income and minority interests.
2. Ensure representation of minority and low-income interests on advisory committees.
3. Ensure that permit writers identify and address low income and minority issues in the permitting process.
4. Schedule agency meetings in facilities that meet American Disability Act requirements.
5. Ensure that water quality policy is consistent statewide.
6. Coordinate water quality data collection with other agencies.
7. Ensure that risk assessment includes adequate data on levels of fish consumption by various ethnic groups. Ensure that communication and outreach efforts are directed to these groups as well.
8. Identify ways to lessen potential water pollution from residential wells in rural areas, especially for low income and minority communities.
9. Ensure that educational and outreach efforts regarding household hazardous waste and pollutants are directed to minorities and low incomes interests.

# DEQ Policy

# Affirmative Action and Equal Opportunity



DEQ
State of Oregon
**Department of
Environmental
Quality**

| Policy Number | |
|---|---|
| Effective Date:  December 23, 2009 | Next Scheduled Revision Date:  July 1, 2011 |
| Approval:<br>Kerri Nelson (signature on file) | Title:<br>MSD Administrator |

| | |
|---|---|
| **Intent/Purpose/ Statement of Need** | This policy implements the federal and state law requiring government agencies to engage in affirmative action in hiring and retaining people of color, women, veterans, and persons with disabilities. |
| **Authority** | Oregon Revised Statutes, Chapter 182 (Affirmative Action)<br>http://www.leg.state.or.us/ors/182.html |
| **Applicability** | All DEQ employees. |
| **POLICY** | |
| **General** | The Department of Environmental Quality (DEQ) is strongly committed to a policy and practice of <u>Equal Employment Opportunity</u>, i.e., a policy of non-discrimination at all levels and in all aspects of the agency's operations.  From recruitment to termination, DEQ respects its applicants and employees and does not discriminate based on race, religion, national origin, age, gender, sexual orientation, marital status, disability, veterans status, or any other factor not related to job performance. |
| **Equal Opportunity and Affirmative Action Statement** | A policy of equal employment opportunity will not necessarily result in a workforce that includes appropriate representation of women, minorities, and people with disabilities in all job classifications. <u>Affirmative Action</u> provides active, assertive, and positive steps for eliminating the intended or unintended effects of past and present discrimination in the workplace. Because DEQ believes diversity makes good business sense, its Affirmative Action Plan identifies goals that will help develop and maintain a workforce that reflects the demographics of Oregon; encourages career development and employee advancement; and provides employees with the tools necessary to serve a more diverse customer base. DEQ will not knowingly conduct business with any bidder, contractor, subcontractor, or supplier of materials who discriminates against members of any protected class.<br>The DEQ Affirmative Action Plan has been developed to ensure implementation of Agency policy, and becomes effective July 1, 2009. |
| **Implementation** | Implementation of the Affirmative Action Plan is the responsibility of the director, Dick Pedersen, the affirmative action officer, Sid Moore, and each one of DEQ's managers.  Each DEQ employee is expected to promote a work climate reflecting respect, care, and concern for every individual.  Each employee is responsible for creating and maintaining a harassment-free environment.  Managers and employees are expected to work together to eliminate and prevent any such discrimination. |
| **Complaint Procedures** | Individuals who believe they might have been discriminated against in any way may file a complaint with the director, Human Resource manager, or any of the other offices or agencies referred to in DEQ's Affirmative Action Plan.  All complaints will be taken seriously.  Investigations will be conducted by the appropriate manager and/or Human Resources representative, and corrective action will be taken when appropriate. |
| **Manager Responsibilities** | DEQ is strongly committed to Oregon's public policy that "all branches of State government shall be leaders" in the area of affirmative action. DEQ managers are |

|  | directly responsible for the success of affirmative action programs within the agency, and are expected to actively support recruitment and career development programs to achieve these goals.<br><br>Support for diversity and non-discrimination are contained in the position descriptions of all the agency's managers, and are considered in reviewing manager performance. Increases in discrimination or harassment complaints will be addressed through the performance management process. |
|---|---|
| **Availability** | Copies of DEQ's Affirmative Action Plan are available on demand in the Human Resources office, the Office of the Director, and with each division administrator in the agency.  A link to the plan is posted on the agency's internal and external web pages, on AFSCME's public bulletin board, located in the cafeteria at headquarters, and in a central and public location in each of the regional offices. |
| **Violation of policy** | Violators of this policy will be subject to discipline up to and including termination from employment.  Discipline and discharge procedures will adhere to the concept of progressive discipline. |
| **Definitions** | **Affirmative Action**—a method of eliminating the effects of past and present discrimination, intended or unintended, on the basis of race, religion, national origin, age, sex, marital status or physical or mental disabilities, that are evident or indicated by analysis of present appointment patterns, practices and policies by taking active steps to recruit and retain members of the various protected classes.<br><br>**Individual with a Disability**—any individual with one or more medical conditions which substantially limit one or more major life activities.<br><br>**Person of Color**—any member of one or more underrepresented racial or ethnic groups, as defined under "affirmative action."<br><br>**Veteran** –a person who:<br>    (A) Served on active duty with the Armed Forces of the United States:<br>    (i) For a period of more than 178 consecutive days and was discharged or released from active duty under honorable conditions;<br>    (ii) For 178 days or less and was discharged or released from active duty under honorable conditions because of a service-connected disability; or<br>    (iii) For at least one day in a combat zone and was discharged or released from active duty under honorable conditions; or<br>    (B) Received a combat or campaign ribbon for service in the Armed Forces of the United States. |
| **History** | Agency Affirmative Action Plan effective: July 1, 2009<br><br>Agency Affirmative Action Policy effective: December 23, 2009 (Policy taken directly from Plan for separate posting) |
| **Attachments** | [DEQ Affirmative Action Plan](DEQ Affirmative Action Plan) |