# Exhibit 15



VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

November 20, 2023

Ms. Danielle Johnson
c/o James Kerwin, Esquire
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO  80227

Re:  EEOC Charge Against Oregon Department of Environmental Quality, et al.
 No. 551202305187

Dear Ms. Johnson:

  Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

  If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

  The investigative file pertaining to your case is located in the EEOC Seattle District Office, Seattle, WA.

  This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Kristen Clarke
Assistant Attorney General
Civil Rights Division

by      /s/ Karen L. Ferguson
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Seattle District Office, EEOC
  Oregon Department of Environmental Quality, et al.