# Exhibit 16



January 26, 2024

DANIELLE JOHNSON

RE:  Complainant:  Danielle Johnson
     Respondent:   State Of Oregon, Department Of Environmental Quality
     Case #:
     EEOC #:       551-2023-05187

Enclosed is a copy of the complaint of unlawful discrimination filed with the Equal Employment Opportunities Commission and the Oregon Bureau of Labor and Industries, Civil Rights Division on November 13, 2023.

This complaint been closed because the Complainant has withdrawn and informed us of intention to go to court.

NOTICE OF RIGHT TO FILE A CIVIL SUIT
This is your 90-day notice letter. Although this case has been closed, pursuant to ORS 659A.880, you, the Complainant, may file a civil action against the Respondent under ORS 659A.885 within 90 days after the date of mailing of this 90-day notice. Any right to bring a civil action against the Respondent under ORS 659A.885 will be lost if the civil action is not commenced within 90 days after the date of the mailing of this 90-day notice. *Note: If the complaint was a public accommodations case filed under ORS 659A.403 or 659A.406, the right to file suit in state circuit court expires <u>one year from the date of the alleged violation</u>.*

Further, if the Respondent is a public entity, to preserve the right to file a suit in state circuit court, the Complainant must also comply with the Oregon Tort Claims Act (ORS 30.260 to 30.300). Complainants interested in protecting these rights, should consult an attorney immediately regarding the requirements for filing. The Oregon State Bar referral number for Portland is ▮▮▮▮ or ▮▮▮▮.

If you wish to receive a copy of this file, you may place a request for public records online through our website www.oregon.gov/boli/publicrecords, or by calling ▮▮▮▮. There is no fee to receive a copy.

Sincerely,
CIVIL RIGHTS DIVISION
Administrative Support Unit

**Date of Mailing:** January 26, 2024

Enclosure(s)

cc:  James Kerwin, Complainant's Attorney ✓




