**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| DANIELLE JOHNSON,<br><br>    Plaintiff,<br><br>        v.<br><br>STATE OF OREGON, by and through the STATE OF OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY; LEAH FELDON, Director, State of Oregon Department of Environmental Quality, in her official and personal capacities; RICHARD WHITMAN, Former Director, State of Oregon Department of Environmental Quality, in his personal capacity; and PENNY ROBERTSON, Human Resources Manager, State of Oregon Department of Environmental Quality, in her official and personal capacities.<br><br>    Defendants. | No. 24-cv-00279-JR |

**COVER SHEET FOR CORRECTED EXHIBITS FOR COMPLAINT [ECF 1]**

Counsel for Plaintiff hereby submits 16 corrected exhibits to the complaint [ECF 1].  The exhibits previously attached to the complaint contained formatting errors and two exhibits were inadvertently omitted from the filing.  The corrected exhibits are filed on the docket pursuant to oral instructions from the Clerk of Court's office.

DATED this 23rd day of February 2024.        Respectfully submitted,

*/s/ James L. Kerwin*
James L. Kerwin*
William E. Trachman*

Johnson v. DEQ - Cover Sheet With Corrected Exhibits to Complaint

MOUNTAIN STATES LEGAL
FOUNDATION
2596 S. Lewis Way
Lakewood, Colorado 80227
Tele: (303) 292-2021
Fax: (877) 349-7074
jkerwin@mslegal.org
wtrachman@mslegal.org
*Admitted Pro Hac Vice*

Herbert G. Grey, Attorney at Law
OSB No. 810250
4800 SW Griffith Drive, Suite 320
Beaverton, Oregon 97005
(503) 641-4908
herb@greylaw.org
*Attorneys for Plaintiff*

Johnson v. DEQ - Cover Sheet With Corrected Exhibits to Complaint

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

*Johnson v. State of Oregon Department of Environmental Quality, et al.*
**INDEX OF EXHIBITS TO COMPLAINT**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | Notice of Claim Pursuant to ORS 30.275 |
| 2. | DAS Job Profile Specification |
| 3. | 2018.09.19 Offer Letter |
| 4. | DEQ Affirmative Action Plan 19-21 (Revised) |
| 5. | Equity Based Organizational Assessment for Oregon DEQ |
| 6. | White Supremacy Culture |
| 7. | White Supremacy Culture - Still Here |
| 8. | Emails 2023.07.12 to 2023.07.14 |
| 9. | Email 2023.07.17 |
| 10. | 2023.08.08 DAS Retaliation Complaint |
| 11. | DAS 2024.02.05 Letter |
| 12. | EEOC Charge No. 551-2023-02513 |
| 13. | Notice of Right to Sue 551-2023-02513 |
| 14. | EEOC-BOLI Charge No. 551-2023-05187 |
| 15. | Notice of Right to Sue 551-2023-05187 - EEOC |
| 16. | Notice of Right to Sue 551-2023-05187 - BOLI |

Johnson v. DEQ - Cover Sheet With Corrected Exhibits to Complaint